

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00702-CV

**IN RE** Michael E. **NEELD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

On November 9, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 18, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015CI10819, styled *The Bank of New York Mellon f/k/a The Bank of New York, As Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 v. Michael E. Neeld*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Solomon J. Casseb III, presiding.